ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at  o'clock and  min.  M
SUE BEITIA, CLERK

DOUG FARIAS
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent

Civil No. CV06 00057 HG BMK

In re: CR. NO. 03-00200HG-03

## MOTION TO APPOINT COUNSEL

    Defendant-Petitioner Doug Farias (hereinafter "Mr. Farias") respectfully requests that this Court appoint counsel for the purpose of litigating Mr. Farias' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

    The issues of the Motion are complex, Mr. Farias' knowledge of the law is limited, and discovery is required to substantiate the claims of ineffective assistance of counsel for failing to determine drug quantities, as well as for failing to present mitigating circumstances.

    WHEREAS Mr. Farias cannot afford to hire counsel, and WHEREAS Mr. Farias requires discovery to prove ineffective assistance of counsel, Mr. Farias respectfully requests that this Court appoint

counsel for the purpose of litigating Mr. Farias' Motion.

Respectfully Submitted this 26 day of January, 2006.

_____
Doug Farias
Reg. No. 89283-022
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000