CV06 00057 HG BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in Federal Custody, and the Petitioner's memorandum of law in support of Petitioner for relief pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, was duly served by placing in the United States Postal Service Mail Box at the Florence Prison Camp addressed to the following:

Louis Bracco
Assistant United States Attorney
Room 6100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850


Date: 1-26-06

_____
Doug Farias