| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Cr. No. 03-00200-06, 07 HG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Ferdinand Pasion & Samuel Pasion | Final Order of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshal's Service

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Ala Moana Blvd., Rm. C-101, Honolulu, HI 96850

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LOUIS A. BRACCO, AUSA
300 Ala Moana Blvd., Rm. 6-100
Honolulu, HI 96850

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 17 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please process.

03 FBI-004112
03 FBI-002211

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
for Cindy L. Shifflett for LOUIS A. BRACCO, AUSA
TELEPHONE NUMBER: 541-2850
DATE: 1/27/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 22 | 22 | | 1/31/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 2/16/06 | 10:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
The $97,317 was forfeited to the United States and deposited into the Assets Forfeiture Fund on 02/01/2005. $5,000 of the $97,317 was returned to Ferdinand Pasion on 06/21/05. The Chevrolet C1500 truck was sold at public auction for $3,010. Proceeds were deposited into the Assets Forfeiture Fund.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|