ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Lou.Bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 8 2006

at 8 o'clock and 00 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DOUGLAS A. FARIAS, | ) | CV. NO. 06-00057 HG-BMK |
| | ) | CR. NO. 03-00200-03 HG |
| Petitioner, | ) | |
| | ) | ORDER FINDING THAT PETITIONER |
| vs. | ) | DOUGLAS A. FARIAS HAS WAIVED |
| | ) | HIS ATTORNEY-CLIENT PRIVILEGE |
| UNITED STATES OF AMERICA, | ) | AS TO COMMUNICATIONS/ISSUES |
| | ) | RAISED BY DOULGAS A. FARIAS |
| Respondent. | ) | IN HIS SECTION 2255 PETITION |

<u>ORDER FINDING THAT PETITIONER DOUGLAS A. FARIAS HAS WAIVED
HIS ATTORNEY-CLIENT PRIVILEGE AS TO COMMUNICATIONS/ISSUES
RAISED BY DOULGAS A. FARIAS IN HIS SECTION 2255 PETITION</u>

A.   <u>BACKGROUND</u>

On February 1, 2006, Petitioner Douglas A. Farias filed a petition pursuant to 28 U.S.C. § 2255 challenging the sentence of 121 months imposed by this Court in February 2005, upon Farias' conviction by plea of a drug trafficking conspiracy offense.  Petitioner Farias did not appeal his conviction or

sentence on direct appeal to the Ninth Circuit, and, relies upon his present petition to challenge his sentence.

The single claim raised by Farias in his § 2255 petition is that he did not receive effective assistance of counsel at sentencing because his then attorney (Michael Green, Esq.) failed to adequately challenge the quantity of drugs for which he was held accountable, and, failed to raise allegedly mitigating childhood about Farias. The Court finds that in making (and pursuing) these allegations of ineffective assistance of counsel against Mr. Green in his present § 2255 petition, Petitioner Farias has waived the attorney-client privilege which might otherwise apply to the communications between the defendant and his attorney, as to the issues raised in the § 2255 petition, as well as to communications between petitioner and Mr. Green reasonably related to such claims. See, Tasby v. United States, 504 F.2d 332, 336 (8th Cir. 1974), cert. denied, 419 U.S. 1125 (1975).

Accordingly, in order to investigate the ineffective assistance of counsel claim made by Petitioner Farias in his present § 2255 petition (and to the reply to such claim), the United States Attorney is entitled to inquire into certain communications between Petitioner Farias and Mr. Green, which communications would otherwise be protected by the attorney-client privilege. Consequently, Mr. Green is authorized to

provide information to the United States Attorney about such attorney-client communications between Petitioner Farias and Mr. Green, to the extent such communications involves, or are reasonably related to, the ineffective assistance of counsel claim(s) made in Farias' Section 2255 petition filed in this Court on February 1, 2006.

IT IS SO ORDERED.

DATED: _____6·6·06_____, at Honolulu, Hawaii.

HELEN GILLMOR
Chief, U.S. District Court Judge

DOUGLAS A. FARIAS v. USA
Cv. No. 06-00057 HG-BMK; Cr. No. 03-00200-03 HG
"Order Finding That Petitioner Douglas A. Farias Has Waived His Attorney-client Privilege as to Communications/issues Raised by Douglas A. Farias in His Section 2255 Petition"

3