# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

July 18, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 06-00057 HG-BMK |
| | CR. 03-00200 HG-03 |
| CASE NAME: | FARIAS v. UNITED STATES OF AMERICA |
| ATTYS FOR PLA: | Pro Se |
| ATTYS FOR DEFT: | Louis A. Bracco, Esq. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | July 18, 2006 | TIME: | |

## **MINUTE ORDER**

On June 8, 2006, the Court entered an "Order Finding That Petitioner Douglas A. Farias Has Waived His Attorney-Client Privilege As To Communications/Issues Raised by Douglas A. Farias in his Section 2255 Petition" so that the United States could respond to the allegations in Farias' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody.

The United States has until on or before **August 17, 2006** to respond to Farias' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody.

Submitted by: Mary Rose Feria, Courtroom Manager